PROB 12B
ED/AR (12/2012)







**United States District Court**

**for the**

**Eastern District of Arkansas**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Frederick Stacey Case Number: 4:06CR00334-01 JM

Name of Sentencing Judicial Officer: Honorable James M. Moody
United States District Judge

Honorable James M. Moody Jr.
United States District Judge
Reassigned December 16, 2014

Original Offense: Felon in Possession of a Firearm

Date of Sentence: November 20, 2008

Original Sentence: 63 months Bureau of Prisons to run concurrently to the undischarged term of imprisonment in the Arkansas Department of Correction, 3 years supervised release, mandatory drug testing, substance abuse treatment, DNA testing, mental health counseling, $2,500 restitution and $100 special penalty assessment.

On February 21, 2014, the defendant appeared on a motion to revoke supervised release. The motion to revoke was denied and the conditions were modified. Following the defendant's release from a term of imprisonment with the Arkansas Department of Correction, the defendant shall be placed in a residential substance abuse program for a period of 30 days, as directed by the United States Probation Officer. Upon successful completion, the defendant shall complete 6 months chemical free living. All other conditions remain in full force and effect.

Type of Supervision: Supervised Release
Date Supervision Commenced: May 4, 2012
Date Supervision Expires: February 8, 2016 (term of supervised release tolled)

U.S. Probation Officer: MeKisha Childers
Asst. U.S. Attorney: John Ray White
Defense Attorney: To be assigned

**PETITIONING THE COURT**

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**During the term of supervision, restitution payments will be $25 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's gross monthly income.**

Name of Offender: Frederick Stacey

Case Number: 4:06CR00334-01 JM

**CAUSE**

Mr. Stacey is currently in default on his court-ordered restitution payment. As previously reported to the Court, Mr. Stacey has failed to make a restitution payment since June 11, 2012, when he made a $10 payment. The current restitution balance is $688.18.

Mr. Stacey is currently unemployed, having just completed a 30 day in-patient treatment program. Following in-patient treatment, Mr. Stacey will be required to reside in a chemical free living facility for six months. While at the chemical free living facility, Mr. Stacey will be required to make rent payments to the facility. In addition, Mr. Stacey must also provide support to his family, which includes a small child. Mr. Stacey has provided the United States Probation Officer (USPO) with documentation of his inability to make restitution payments in the amount of 10 percent of his gross monthly income, however, he assures the USPO that he will be able to afford monthly payments of $25. Mr. Stacey has been instructed by the USPO to make 10 employment contacts per week until he gains employment.

Molly Sullivan of the Federal Public Defender's Office has been notified of this modification.

MeKisha Childers
U.S. Probation Officer

Date: January 9, 2015

John Ray White
Assistant U.S. Attorney

Date: 01/09/15

Approved:

Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

Name of Offender: Frederick Stacey

Case Number: 4:06CR00334-01 JM

THE COURT ORDERS:

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

Signature of Judicial Officer

1/30/15

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

During the term of supervision, restitution payments will be $25 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's gross monthly income.

Witness Wallisha Childers USPO
*(U.S. Probation Officer)*

Signed [signature]
*(Probationer or Supervised Releasee)*

12/09/14
*(Date)*

[signature]
1/07/2015